No. 21-2378

| | |
|---|---|
| NBA PROPERTIES INCORPORATED, et al., <br>     Plaintiffs-Appellees, <br><br> No. 21-2378     v. <br><br> HANWJH <br>     Defendant-Appellant. | ] Appeal from the United States <br> ] District Court for the Northern <br> ] District of Illinois, Eastern Division <br> ] <br> ] No. 1:20-cv-07543 <br> ] <br> ] John F. Kness, Judge <br> ] |

**APPELLANT HANWJH' JURISDICTIONAL MEMORANDUM
IN RESPONSE TO THE COURT'S OCTOBER 19, 2021 ORDER**

Comes now, Appellant in Nos. 21-2378 and 21-2909, by and through undersigned counsel, and move this Honorable Court, to consolidate the appeals arising from the same district court case. In support of this motion, the movant submits:

1.    The action underlying these appeals with Appeal Nos. 21-2378 and 21-2909 was initiated in the United States District Court for the Northern District of Illinois, where it was docked as civil matter 20-cv-07543.

2.    On July 15, 2021, the District Court denied Defendant-Appellant's motion to dismiss and lift the preliminary injunction. Defendant-Appellant timely noted an appeal of this order to this Court on July 27, 2021, which was assigned No. 21-2378. This Court did not set a briefing schedule in this appeal.

3.    On September 20, 2021, the District Court entered a final judgment against Defendant-Appellant. Defendant-Appellant timely noted an appeal from the District Court's default judgment on October 18, 2021, which was assigned No. 21-2909.

1

4. The two appeals should be consolidated as many of the legal issues overlap and many of the essential facts remain unchanged. Both appeals arise from the same case in the district court, and the issues would raise are overlapping and intertwined.

WHEREFORE, the movant requests that the appeals be consolidated and/or any other relief this Court deems appropriate.

Respectfully Submitted:

Date: 11/02/2021

/s/ Tianyu Ju
Tianyu Ju, Esq.
**Glacier Law LLP**
200 East Randolph, Ste 5100
Chicago, IL 60601
*Attorney for Appellant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this November 2, 2021 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and service was perfected on all counsel of record and interested parties through this system, which will deliver a true and correct copy of the foregoing documents via CM/ECF.

Respectfully Submitted:

Date: 11/02/2021

/s/ Tianyu Ju
Tianyu Ju, Esq.